IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CLARENCE CURRY | : | NO. 08-41-7 |

ORDER

AND NOW, this 20th day of December, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Clarence Curry for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #532) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.